UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

MICHAEL HENDRICKS, JR.
  Plaintiff,

v.

BOSTON FIRE DEPARTMENT,
CHIEF JOSEPH FINN and CITY OF
BOSTON
  Defendants.

MAGISTRATE JUDGE _____

RECEIPT # _____
AMOUNT $ _____
SUMMONS ISSUED _____
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE _____

## NOTICE OF REMOVAL
(Pursuant to 28 U.S.C. §1441)

The Defendants, Boston Fire Department, Chief Joseph Finn and City of Boston, petition, pursuant to 28 U.S.C. §1441, for removal from the Suffolk Superior Court Department of the Trial Court, the civil action entitled <u>Michael Hendricks v. Boston fire Department, Chief Joseph Finn and City of Boston</u>, currently pending in Suffolk Superior Court Civil Action No. 04-5480.

1. This action alleges that Defendants Boston Fire Department, Chief Joseph Finn and the City of Boston violated the Americans with Disabilities Act, 42 U.S.C., § 12101, et. seq. This action clearly "arises under the Constitution treaties or laws of the United States" and is therefore removable under 28 U.S.C. §1441;

2. A fair reading of the facts and theories as a whole make it apparent that federal law and issues are an essential part of the case and therefore, Defendants have the statutory right to remove this action;

3. This Notice of Removal is being filed within thirty (30) days of service upon Defendants, Boston Fire Department, Chief Finn, and the City of Boston.

WHEREFORE, Defendants petition that this action be removed.

Respectfully submitted,
DEFENDANTS, BOSTON FIRE
DEPARTMENT, CHIEF FINN and CITY
OF BOSTON,
By their attorney,

*/s/ Kate Cook*

Kate Cook-BBO#650698
Assistant Corporation Counsel
City of Boston Law Department
Room 615, Boston City Hall
Boston, MA 02201
(617) 635-4022

### CERTIFICATE OF SERVICE

I, Kate Cook, hereby certify that on this date I served a copy of the foregoing documents upon: Dana Johnson, P.O. Box 133, Malden, MA 02148.

3/10/05
Date

*/s/ Kate Cook*
Kate Cook