**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 05-CV-10457-EFH**

| |
|---|
| MICHAEL HENDRICKS, JR.<br>    <u>Plaintiff</u>,<br><br>v.<br><br>BOSTON FIRE DEPARTMENT,<br>CHIEF JOSEPH FINN, CITY<br>OF BOSTON,<br>    <u>Defendants</u>. |

### <u>DEFENDANTS BOSTON FIRE DEPARTMENT, CHIEF JOSEPH FINN,</u><br><u>and CITY OF BOSTON'S MOTION TO DISMISS</u><br><u>PLAINTIFF'S COMPLAINT</u>

NOW COME the Defendants, Boston Fire Department, Chief Joseph Finn, and the City of Boston, and move this Honorable Court pursuant to Fed.R.Civ.P. 12(b)(6), to dismiss Plaintiff's Complaint in its entirety with prejudice.

As grounds therefore, the Defendants state that:

1. Plaintiff alleges that the Defendants declined to rehire him as a firefighter for the City of Boston because of his disability and race in violation of the Americans with Disabilities Act, (ADA) 42 U.S.C. § 12101 et seq. and M.G.L. ch. 151B;

2.  Plaintiff failed to timely file a complaint with the Massachusetts Commission Against Discrimination (MCAD), and therefore, his allegations of discrimination under state law, M.G.L. ch. 151B §5, are time-barred; and,

3.  Plaintiff failed to timely file a complaint with the Equal Employment Opportunity Commission (EEOC); therefore, his allegations of discrimination under the ADA, 42 U.S.C. § 12101 et seq., are time barred.

4.  The Boston Fire Department is not a suable entity.  See Henschel v. Worcester Police Department, 445 F.2d 624 (1st Cir. 1971).  It is not an independent legal entity but a department of the City of Boston.  See Stratton v. City of Boston, 731 F.Supp. 42, 46 (D. Mass. 1989).  Therefore, it is not a proper party defendant to this lawsuit.

DEFENDANTS, BOSTON FIRE DEPARTMENT,
CHIEF FINN, CITY OF BOSTON

Merita A. Hopkins
Corporation Counsel

By their attorney:


/s/ Kate Cook
Kate Cook   BBO# 650698
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4022