UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-10457-EFH

MICHAEL HENDRICKS, JR.
    Plaintiff,

v.

BOSTON FIRE DEPARTMENT,
CHIEF JOSEPH FINN, CITY
OF BOSTON,
    Defendants.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

 I hereby certify that undersigned counsel for the Defendanta, Boston Fire Department, Chief Joseph Finn, and the City of Boston, attempted to discuss the above motion with Dana Johnson via telephone on March 15, 2005, both in a good faith effort to resolve and narrow the issues presented by said motion, but that counsel were unable to confer or to resolve the issues prior to filing of the motion.

DEFENDANTS, BOSTON FIRE DEPARTMENT,
CHIEF JOSEPH FINN, CITY OF BOSTON

Merita A. Hopkins
Corporation Counsel

By their attorney:


/s/ Kate Cook
Kate Cook   BBO# 650698
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4022