**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 05-CV-10457-EFH**

MICHAEL HENDRICKS, JR.
    <u>Plaintiff</u>,

v.

BOSTON FIRE DEPARTMENT,
CHIEF JOSEPH FINN, CITY
OF BOSTON,
    <u>Defendants</u>.

**CERTIFICATE OF SERVICE**

    I, Kate Cook, hereby certify that on March 15, 2005, I served <u>The Defendants Boston Fire Department, Chief Joseph Finn, and the City of Boston's Motion to Dismiss and Accompanying Memorandum of Law in Support thereof</u> by mailing a copy, postage prepaid, to the following:

    Dana Johnson, Esq.
    P.O. Box 133
    Malden, MA 02148


<u>April 12, 2005</u>    <u>/s/ Kate Cook</u>
Date    Kate Cook

1

DEFENDANTS, BOSTON FIRE DEPARTMENT,
CHIEF JOSEPH FINN, CITY OF BOSTON

Merita A. Hopkins
Corporation Counsel

By their attorney:


/s/ Kate Cook
Kate Cook    BBO# 650698
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4022