UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 05-CV-10457 EFH

MICHAEL HENDRICKS, JR.

v.

BOSTON FIRE DEPARTMENT,
CHIEF JOSEPH FINN, AND
CITY OF BOSTON

### PLAINTIFF'S MOTION FOR RECONSIDERATION AND TO REOPEN CASE

NOW comes the Plaintiff, Michael Hendricks, and moves this Court to Reconsider the Defendants' Motion to Dismiss and to Reopen the Case.

In support thereof, the Plaintiff states the following:

1. The forwarded a Certificate of Service to the Plaintiff, stating that they had filed the Motion to Dismiss. The Motion was not included with the Certificate of Service.

2. The Plaintiff, by telephone, requested a copy of the Motion to Dismiss.

3. The Plaintiff received another Certificate of Service, again without the Motion to Dismiss.

4. On May 9, 2005, the Plaintiff requested the Motion to Dismiss, this time by letter.

5. The Plaintiff did receive the Motion to Dismiss from the Defendants approximately one week after that date.

The Plaintiff Moves this Court to Reconsider Dismissal of this matter and reopen the case to allow the Plaintiff to Oppose the Motion to Dismiss.

The Plaintiff,<br>
Michael Hendricks,<br>
By his Attorney,<br>
<br>
Dana Johnson, Esq.<br>
P.O. Box 133<br>
Malden, MA 02148<br>
781-321-3762<br>
BBO #639119

May 23, 2005