**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. 05-CV-10457-EFH

MICHAEL HENDRICKS, JR.
    Plaintiff,

v.

BOSTON FIRE DEPARTMENT,
CHIEF JOSEPH FINN, CITY
OF BOSTON,
    Defendants.

**DEFENDANTS BOSTON FIRE DEPARTMENT, CHIEF JOSEPH FINN, and CITY OF BOSTON'S OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION AND TO REOPEN THE CASE**

NOW COME the Defendants, Boston Fire Department, Chief Joseph Finn, and the City of Boston, in opposition to the Plaintiff's Motion for Reconsideration and to Reopen the Case.

As grounds therefore, the Defendants state that:

1. On March 9, 2005, Plaintiff served his Complaint against the Defendants alleging that the Defendants declined to rehire him as a firefighter for the City of Boston because of his disability and race in violation of the Americans with Disabilities Act, (ADA) 42 U.S.C. § 12101 et seq. and M.G.L. ch. 151B.

1

2. On March 10, 2005, Defendants Removed Plaintiff's action to federal court.

3. On March 15, 2005, Defendants' Counsel attempted to discuss her intention to file a Motion to Dismiss with Plaintiff's Counsel via telephone pursuant to Local Rule 7.1(A)(2).  Defendants' Counsel left a voice message for Plaintiff's attorney stating said intentions.  Plaintiff's attorney did not respond to said message.

4. On March 15, 2005, Defendants filed a Motion to Dismiss Plaintiff's Complaint, and served Plaintiff with a copy of said Motion by mail, via United States Postal Service.

5. On April 12, 2005, Defendants filed a Certification of Service, which was inadvertently omitted from the Motion to Dismiss and Memorandum of Law filed on March 15, 2005.  On April 12, 3005, Defendants' counsel mailed a copy to Plaintiff's counsel and made a courtesy telephone call to alert her to this omission.

6. Contrary to Plaintiff's contention in his Motion, the Plaintiff never contacted the Defendants' Counsel via telephone to request a Copy of the Motion to Dismiss.

    Though Defendants' Counsel has left several messages for Plaintiff's Counsel, they have never spoken.

7. On May 9, 2005, Plaintiff mailed Defendants a letter stating he never received the Defendants Motion to Dismiss and requested a copy. In response -- though they had served the Plaintiff with the Motion to Dismiss and Memorandum of Law on March 15, 2005 -- the Defendants re-sent the Motion to Dismiss and Memorandum of Law to Plaintiff on May 10, 2005.

8. The Defendants have nothing to hide, and are confident that this case would have been dismissed for the reasons stated in their Motion and Memorandum of Law, had Plaintiff filed a timely opposition. The Defendants oppose Plaintiff's Motion nonetheless, as Defendants did serve Plaintiff with the Motion to Dismiss on March 15, 2005. Further, Defendants were never contacted via telephone by Plaintiff's counsel.

          Respectfully Submitted,

          DEFENDANTS, BOSTON FIRE DEPARTMENT,
          CHIEF FINN, CITY OF BOSTON

          Merita A. Hopkins
          Corporation Counsel

          By their attorney:

          /s/ Kate Cook
          Kate Cook   BBO# 650698
          Assistant Corporation Counsel
          City of Boston Law Department
          Room 615, City Hall
          Boston, MA 02201
          (617) 635-4022

**CERTIFICATE OF SERVICE**

    I, Kate Cook, hereby certify that on May 25, 2005, I served The Defendants Boston Fire Department, Chief Joseph Finn, and the City of Boston's Opposition to Plaintiff's Motion for Reconsideration and to Reopen the Case by mailing a copy, postage prepaid, to the following:

        Dana Johnson, Esq.
        P.O. Box 133
        Malden, MA 02148

May 25, 2005        /s/ Kate Cook
Date                Kate Cook