**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 05-CV-10457-EFH**

MICHAEL HENDRICKS, JR.
    <u>Plaintiff</u>,

v.

BOSTON FIRE DEPARTMENT,
CHIEF JOSEPH FINN, CITY
OF BOSTON,
    <u>Defendants</u>.

**JOINT STATEMENT PURSUANT TO LR 16.1**

In compliance with Fed. R. Civ. P. 26(f) and Local Rule 16.1, the parties to the above captioned action conferred for the purposes of preparing an agenda of matters to be discussed at the scheduling conference; preparing a proposed pretrial schedule, including a discovery plan; and considering the option of trying this case before a magistrate judge.

The parties have conferred, pursuant to Local Rule 16.1(b)(3), and do not consent to trial of this action before a Magistrate Judge.

In addition, pursuant to Local Rule 16.1(C), Plaintiff made a written settlement proposal to Defendants' counsel and is willing to mediate this matter.

<u>LOCAL RULE 16.1(D) PROPOSED PRETRIAL SCHEDULE</u>

I.   <u>Nature of Action</u>

Plaintiff, a former Boston Fire Department Firefighter alleges that the Boston Fire Department, Boston Fire Chief Joseph Finn, and the City of Boston ("Defendants") have declined to rehire him because of his race and disability. Plaintiff further alleges that on March 24, 2000, he resigned from the Fire Department, and when he sought reinstatement on April 19, 2002, after treating a mental illness, the Defendants declined to rehire him on May 10,

2002.  Plaintiff contends the decision not to rehire him
violates M.G.L. ch. 151B, and the Americans with Disability
Act prohibiting race and disability discrimination.

Defendants moved to dismiss Plaintiff's complaint on
the grounds that it is time-barred.  The motion was denied
with leave to file summary judgment after discovery.

II.  Discovery Schedule

A.    Mandatory disclosures by a party pursuant to Rule 26
      will be made by September 27, 2005.

B.    Written Discovery must be served by December 30, 2005.

C.    Depositions must be completed by April 30, 2006.

D.    The parties will identify any expert witnesses who may
      testify on their behalf at trial and will provide
      expert disclosures, as required by Fed. R. Civ. P.
      26(a)(2), by January 31, 2006, or sooner as may be
      required pursuant to Fed. R. Civ. P. 26, 33 or 34.

E.    Rule 34 Inspection completed by October 31, 2005

F.    The parties will identify any rebuttal expert
      witnesses who may testify on their behalf at trial and
      will provide expert disclosures, as required by Fed.
      R. Civ. P. 26(a)(2), no later than February 28, 2006.

III. Motion Scheduling

A.    The parties shall file all dispositive motions,
including Rule 56 Motions, together with supporting
documents, by June 30, 2006.  A Rule 12(b)(6) motion has
been pending before the Court since December 2004. A
related discovery motion under Rule 56(f) is also pending.

B.    The Court will schedule a pre-trial conference after
August 30, 2006.

C.    Discovery motions, to the extent that they are
necessary, will be filed prior to the close of discovery,
April 30, 2006.

D.    Trial motions must be served no fewer than seven (7)
days prior to trial, except for good cause.

Respectfully submitted,

The Plaintiff,
By his Attorney

/s/ Dana Johnson
_____
Dana Johnson
P.O. Box 133
Malden, MA 02148
(781) 321-3762

The Defendants
By their Attorney

/s/ Kate Cook
_____
Kate Cook
BBO #650698
Assistant Corporation
Counsel
City of Boston Law Dept.
Room 615, City Hall
Boston, MA 02201
(617) 635-4022