UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MICHAEL HENDRICKS, JR.,
                Plaintiff

                      CIVIL ACTION NO.:
      v.               05-10457-EFH

BOSTON FIRE DEPARTMENT, ET AL.,
                Defendants.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## FINAL PRETRIAL CONFERENCE ORDER

September 13, 2005

HARRINGTON, S.D.J.

The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at 11:00 A.M. on  Wednesday, September 13, 2006  .

SO ORDERED.

                                       /s/ Edward F. Harrington
                                       EDWARD F. HARRINGTON
                                       United States Senior District Judge