*LAW OFFICE OF*
*DANA JOHNSON*
*P.O. Box 133*
*MALDEN, MA 02148*
*781-321-3762*
*FAX 781-324-5653*



November 7, 2005

Kate Cook, Esq.
City of Boston Law Department
Room 615
City Hall
Boston, MA 02201

RE:   Michael Hendricks
VS:   Boston Fire Department, et al.
Docket:   05-CV-10457 EFH

Dear Attorney Cook:

At this time, we have the following disclosures;
   Witnesses – Michael Hendricks
         Attorney Paul Hajjar
         Deputy Chief Finn
         Medical Personnel
   Exhibits -   Personnel File
         Medical Personnel File
         Medical Reports
   Expert Witnesses –
         Various treating and non-treating physicians (not determined)
   Damages –   Loss of Job
         Lack of Reinstatement

Obviously, as we progress, this list will change. I am meeting with my client later this week and will be getting started on the discovery responses for you.

Sincerely,

Dana B. Johnson, Esquire

Cc:   U.S. District Court
   1 Courthouse Way
   Boston, MA 02110