UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: [illegible]

MICHAEL HENDRICKS, JR.

V.

BOSTON FIRE DEPARTMENT,
CHIEF JOSEPH FINN, AND
CITY OF BOSTON

## PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR SANCTIONS IN THE FORM OF DISMISSAL

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 05-CV-10457 EFH

MICHAEL HENDRICKS, JR.

V.

BOSTON FIRE DEPARTMENT,
CHIEF JOSEPH FINN, AND
CITY OF BOSTON

## Affidavit of Counsel

1. I am attorney of record for the Plaintiff in this matter.
2. I have been in contact with the plaintiff who has stated that he has asked his doctor to send me his medical records on numerous occasions.
3. I have written to Plaintiff's doctor, and have called him several times in order to obtain the Plaintiff's medical records.
4. I have faxed the Court Order to Plaintiff's physician.
5. Dr. Querques has stated that my reassurance as to the limited exposure of said medical records has been insufficient for his piece of mind.
6. Dr. Querques has, to date, refused to release the medical records in spite of Plaintiff's attempts to get them, in spite of my attempts to get them, and in spite of the curt order.
7. I am working with Dr. Querques in an effort to convince him to release the medical records.

/s/ Dana Johnson
Dana Johnson

May 22, 2006

Certificate of Service

I, Dana Johnson, certify that on May 22, 2006 , I served the Plaintiff's Objection to Sanctions on Defendants' Counsel, by mailing a copy, postage prepaid, to the following:
      Kate Cook, Esq.
      City of Boston Law Department
      City Hall, Room 615
      Boston MA 02201

May 22, 2006             _____/s/ Dana Johnson_____
                              Dana Johnson, Esq.