UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 05-CV-10457 EFH

MICHAEL HENDRICKS, JR.

v.

BOSTON FIRE DEPARTMENT,
CHIEF JOSEPH FINN, AND
CITY OF BOSTON

### PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR SANCTIONS IN THE FORM OF DISMISSAL

NOW comes the Plaintiff, Michael Hendricks, and moves this Court to DENY the Defendants' Motion for Sanctions in the Form of Dismiss.

In support thereof, the Plaintiff states the following: The Court ordered the production of medical documents which are in the possession of Dr. Querques. The Plaintiff and his attorney have both been attempting to obtain the release of the records from Dr. Querques in order to comply with the Court's Order. Dr. Querques is resisting the release of said records, as access to these records, once out of his possession, can not be controlled. Attorney for the Plaintiff has provided a copy of the Court Order to Dr. Querques, who continues to resist the release of said records.

Plaintiff in this matter is not defying the Court's Order. In this particular case, Plaintiff has never had possession of said records, nor has his attorney. Plaintiff and his attorney have both attempted, and continue to attempt, to access said records. The third party in this matter is reluctant to give up said records without proof that any use of said records will preserve his patient's confidentiality.

Defendants claim that they are "hamstrung" in their efforts to address Plaintiff's claims; yet, Plaintiff has been diligently attempting to access said records to provide these to the Defendants.

Plaintiff has, in no manner, deliberately avoided obtaining said records. In fact, Plaintiff has provided releases to Dr. Querques, talked to Dr. Querques, asked Dr. Querques on numerous occasions to forward said records. Plaintiffs attorney has approached Dr. Querques both by phone and by mail; and has discussed the court order with Dr. Querques. In spite of these efforts, Dr. Querques has no produced the records to either Plaintiff, Plaintiff's counsel or Defendants' counsel.

Plaintiff's counsel has, on several occasions, tried to determine what would induce Dr. Querques to release said records. Counsel and Dr. Querques have not yet come to an agreement on what could be an acceptable means of access; and counsel has yet to convince Dr. Querques to release said records.

Wherefore, Plaintiff requests this Court to deny Sanctions to the Defendants as the production of said records has not been due to any lack of diligence on the part of the Plaintiff but has been due to his inability to force a third party, not a party to this suit, to comply with the Court Order.

The Plaintiff,
Michael Hendricks,
By his Attorney,

_____
Dana Johnson, Esq.
P.O. Box 133
Malden, MA 02148
781-321-3762
BBO #639119

May 24, 2006