UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 05-CV-10457 EFH

MICHAEL HENDRICKS, JR.

V.

BOSTON FIRE DEPARTMENT,
CHIEF JOSEPH FINN, AND
CITY OF BOSTON

### PLAINTIFF'S MOTION FOR IN CAMERA REVIEW OF MEDICAL RECORDS

Now comes the Plaintiff in this matter and the Court for an In Camera Review of Medical Records. In support thereof, the Plaintiff states the following:

1. Dr. John Querques has expressed concerns about the release of psychological information about the Plaintiff. Querques has stated that even if the Court were to order that all medical records be returned to Querques at the conclusion of this matter, that even if said attorneys were to keep the records in the manner in which the attorneys keep client files, that said information is not preserved in a manner guaranteed to prevent accidental disclosure.
2. Querques is concerned that the psychological information about his patient may be accidentally released, with said release being detrimental to his patient and to the doctor patient relationship.
3. Querques has asked for an in camera review of the medical records in order for the Court to determine what portion of the medical records is pertinent to this matter (and should be released to the Defendants) and to prevent the release of medical records which are not pertinent to the case at hand.
4. Querques is asking that all medical records (and all copies of medical records) that are released to the Defendants be returned to Querques at the conclusion of this case.
5. Querques is asking that all medical records (and all copies of medical records) that are released to the Defendants not be forwarded to any experts by regular mail, by fax, or by any other not secured method of transmission.
6. Querques is asking that all medical records (and all copies of medical records) that are released to the Defendants be kept under lock and key, so that said records are more secure than attorney records are normally kept.

                                      The Plaintiff,
                                      Michael Hendricks,
                                      By his Attorney,

                                      _____
                                      Dana Johnson, Esq.
                                      P.O. Box 133
                                      Malden, MA 02148
                                      781-321-3762
                                      BBO #639119

May 25, 2006


## Certificate of Service

I, Dana Johnson, certify that on May 25, 2006, I served the Plaintiff's Objection to Sanctions on Defendants' Counsel, by mailing a copy, postage prepaid, to the following:

    Kate Cook, Esq.
    City of Boston Law Department
    City Hall, Room 615
    Boston MA 02201

May 25, 2006          <u>/s/ Dana Johnson</u>
                            Dana Johnson, Esq.

CERTIFICATE OF SERVICE

I, Dana Johnson, do hereby certify that on June 15, 2006 I electronically filed with the Clerk of the First District Court:
    In Camera Review of Medical Records

E-Mail Service: via the Court's CM/ECF system which sent notification of such filing to the following:
    Kate Cook, Esq.
    City of Boston Law Department
    Room 615
    City Hall
    Boston, MA 02201


Mail Service: via Regular, first class United States mail, postage fully prepaid, addressed to:


    /s/ *Dana Johnson*
    Dana Johnson, Esq.