**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 05- CV-10457-EFH**

MICHAEL HENDRICKS, JR.
    <u>Plaintiff</u>,

v.

BOSTON FIRE DEPARTMENT,
CHIEF JOSEPH FINN, CITY OF
BOSTON,
    <u>Defendants</u>.

<u>**Defendants' Response to Plaintiff's Motion for In Camera Review of Medical Records**</u>

    Now comes the Defendants in response to Plaintiff's Motion for In Camera Review of Medical Records. Defendants do not oppose Plaintiff's Motion for In Camera Review of Medical Records.[1] If it pleases the court, the Defendants also would enter a protective order, and agree to return all relevant medical records to the Plaintiff at the close of the case.

    The Defendants first requested the medical records in question on October 24, 2005. To this date Plaintiff has not produced said documents, notwithstanding this Court's Order Compelling the Production of Documents on March 28, 2006. The Plaintiff, Michael Hendricks, "is a black male who has a mental disability known to the defendants."

---

[1] The Plaintiff did not conduct a Rule 7.1 conference on this motion.

Plaintiff's alleged disability is paranoid schizophrenia.
All documents requested by the Defendants are relevant to
liability and damages and are within the scope of
permissible discovery.  The Defendants have been
significantly prejudiced by the Plaintiff's delay in
producing the relevant documents.

The Defendants intend to file motions for summary
judgment, and must have the relevant medical records to put
on a proper defense.  At every stage of litigation thus
far, Plaintiff has relied on his mental illness as (1)
grounds for his discrimination claim; (2) evidence that he
did not resign; (3) evidence that he completed the
necessary steps to be considered as a candidate to rehire;
(4) evidence that he could, notwithstanding his disability,
work as a Fire Fighter.  The medical records are directly
relevant to the case.  Defendants do not oppose Plaintiff's
Motion for In Camera Review, and also would enter a
protective order.

Wherefore, the Defendants respond that they do not
oppose Plaintiff's Motion for In Camera Review, and that
they would sign a protective order.

                          Respectfully submitted,
                          DEFENDANTS, CITY OF BOSTON,
                          BOSTON FIRE DEPARTMENT, CHIEF
                          JOSEPH FINN
                          By their attorney:
                          William F. Sinnott
                          Corporation Counsel

                          __/s/ Kate Cook_____
                          Kate Cook BBO# 650698
                          Assistant Corporation Counsel
                          City Hall, Room 615
                          Boston, MA 02201

**CERTIFICATE OF SERVICE**


    I, Kate Cook, hereby certify that on June 21, 2006, I served The Defendants' Response to Plaintiff's Motion for In Camera Review of Medical Records on Plaintiff's Counsel, by mailing a copy, postage prepaid, to the following:


                Dana Johnson, Esq.
                P.O. Box 133
                Malden, MA 02148


    June 21, 2006      /s/ Kate Cook
    Date                    Kate Cook