UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MICHAEL HENDRICKS, JR.,
    Plaintiff

  v.

BOSTON FIRE DEPARTMENT, ET AL.,
    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CIVIL ACTION NO.:
05-10457-EFH

# **O R D E R**

July 5, 2006

HARRINGTON, S.D.J.

 The medical information relating to Plaintiff Michael Hendricks, Jr., from the office of John Querques, M.D., is ordered sealed and is available for review by counsel for the defendants <u>only</u>. No other person, except said counsel, shall be allowed access to said medical information.

 SO ORDERED.

          /s/ Edward F. Harrington
          EDWARD F. HARRINGTON
          United States Senior District Judge