**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. 05-CV-10457-EFH

| |
|---|
| MICHAEL HENDRICKS, JR.<br>    <u>Plaintiff</u>,<br><br>v.<br><br>BOSTON FIRE DEPARTMENT,<br>CHIEF JOSEPH FINN, CITY<br>OF BOSTON,<br>    <u>Defendants</u>. |

**DEFENDANTS BOSTON FIRE DEPARTMENT, CHIEF JOSEPH FINN, and CITY OF BOSTON'S ASSENTED TO MOTION FOR LEAVE TO FILE THEIR SUMMARY JUDGMENT MOTION AND ACCOMPANYING DOCUMENTS UNDER SEAL**

NOW COME the Defendants, Boston Fire Department, Chief Joseph Finn, and the City of Boston, and move this Honorable Court for leave to file their motion for summary judgment and accompanying documents under seal for the following reasons.

As grounds therefore, the Defendants state that:

1. On July 5, 2006, the court issued an order that "The medical information relating to Plaintiff Michael Hendricks Jr., form the office of John Querques, M.D., is ordered sealed and is available for review by counsel for the defendants only.  No other person, except said counsel, shall be allowed access to said medical information.  SO ORDERED."

2. The defendants have prepared a motion for summary judgment, memorandum of law in support thereof, and statement of facts which incorporate, quote and reference information from the sealed medical records.

1

3. In order to maintain the court's July 5, 2006 Order, logically the defendants' motion for summary judgment and accompanying documents should be sealed also.

4. The plaintiff assents to this motion.

For these reasons the defendants move this Honorable Court for leave to file their motion for summary judgment, memorandum of law in support thereof and statement of facts under seal.

DEFENDANTS, BOSTON FIRE DEPARTMENT, CHIEF FINN, CITY OF BOSTON

William F. Sinnott
Corporation Counsel

By their attorney:

/s/ Kate Cook
Kate Cook    BBO# 650698
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4022

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

I hereby certify that undersigned counsel for the Defendants, Boston Fire Department, Chief Joseph Finn, and the City of Boston, attempted to discuss the above motion with Dana Johnson via telephone on August 2, 2006, both in a good faith effort to resolve and narrow the issues presented by said motion, and plaintiff's counsel assented to the motion.

__8/2/06_____        /s/ Kate Cook_____
**Date**                     **Kate Cook**