UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MICHAEL HENDRICKS, JR.,
             Plaintiff

v.

BOSTON FIRE DEPARTMENT, ET AL.,
             Defendants.

CIVIL ACTION NO.:
05-10457-EFH

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED FINAL PRETRIAL CONFERENCE ORDER

August 30, 2006

HARRINGTON, S.D.J.

    The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at 11:00 A.M. on  Tuesday, October 24, 2006  .

    SO ORDERED.

                                              /s/ Edward F. Harrington
                                            EDWARD F. HARRINGTON
                                            United States Senior District Judge