UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 05-CV-10457 EFH

MICHAEL HENDRICKS, JR.

V.

BOSTON FIRE DEPARTMENT,
CHIEF JOSEPH FINN, AND
CITY OF BOSTON

### PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff respectfully requests that this Honorable Court deny Summary Judgment, pursuant to Fed. R. Civ. P. 56(b). As grounds therefore, Plaintiff states that he filed his claims in a timely manner with the Massachusetts Commission Against Discrimination as set forth in M.G.L.c.151B, §5; that if the Court were to determine that the Plaintiff did not meet the standards for filing as set forth in M.G.L.c.151B, §5, the Plaintiff meets the prima facie elements of promissory estoppel; and the Defendants have never articulated a lawful and non-discriminatory reason for not rehiring the Plaintiff.

In further support, Plaintiff has enclosed the attached Memorandum of Law and Local Rule 56.1 statement.

For the reasons cited above, Plaintiff requests that this Court DENY the Motion for Summary Judgment on all counts of the Complaint.

Respectfully Submitted,
Michael Hendricks,
By his Attorney,

Dana Johnson, Esq.
P.O. Box 133
Malden, MA 02148
781-321-3762
BBO #639119

September 13, 2006