UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
THIS OFFICE

2005 SEP 18 ⊳ 2: 43

CIVIL ACTION NUMBER: 05-CV-10457 EFH

MICHAEL HENDRICKS, JR.

V.

BOSTON FIRE DEPARTMENT,
CHIEF JOSEPH FINN, AND
CITY OF BOSTON

### PLAINTIFF'S MOTION TO VACATE SUMMARY JUDGMENT

Plaintiff respectfully requests that this Honorable Court vacate the

dismissal in this matter. In support thereof, Plaintiff states that the dismissal was

granted due to Plaintiff's failure to file an Opposition to Defendants' Summary

Judgment. Due to a death in Counsel's immediate family, and Counsel having to

leave the Commonwealth immediately due to the death, Plaintiff's Counsel was

unable to file the Opposition in a timely manner. Said Opposition has since been

filed with the Court; although the exhibits have to be re-filed.

Fed.R.Civ.P. 60 states that:

> On motion and upon such terms that are just, the court may
> relieve a party or a party's representative from a final
> judgment, order, or proceeding for the following reasons: (1)
> mistake, inadvertence, surprise, or excusable neglect; … (6)
> any other reason justifying relief from the operation of
> judgment. The motion shall be made within a reasonable
> time, …

In this matter, Counsel was inadvertently involved with other matters that

made Counsel unable to properly address this (an other) matters; thus rendering

Counsel's neglect excusable. In addition, this motion is made within a

reasonable time (3 days) after the order was sent down.

For the reasons cited above, Plaintiff requests that this Court VACATE the

Summary Judgment of this complaint.

Respectfully Submitted,
Michael Hendricks,
By his Attorney,

Dana Johnson, Esq.
P.O. Box 133
Malden, MA 02148
781-321-3762
BBO #639119

September 15, 2006

I certify that a true copy of the
above document was served upon the
attorney of record for each party
by MAIL/HAND/FAX on 9/15/06
Dana B. Johnson, Esq.