UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 05-CV-10457 EFH

MICHAEL HENDRICKS, JR.

V.

BOSTON FIRE DEPARTMENT,
CHIEF JOSEPH FINN, AND
CITY OF BOSTON

AFFIDAVIT OF COUNSEL

1. I am counsel for the Plaintiff in this matter, Michael Hendricks.

2. My sister recently died unexpectedly.

3. As a result of this death, I traveled to Kansas City to assist her husband and children with the funeral arrangements, probate matters, and personal matters involving my sister's death.

4. I attempted to resolve all outstanding matters by either continuing matters or attempting to complete outstanding matters.

5. Due to the complex nature of this matter, I took this case with me to complete while in Kansas City, with the intention of filing it electronically from Kansas City.

6. I was unable to complete and file this matter while in Kansas City, as I later realized that I had not brought all the exhibits with me, that I did not have the ability to scan any documents to my computer, and I only had intermittent internet access, at best. In addition, I was limited in time available to complete this matter due to family matters.

7. I returned on September 12, 2006 and immediately upon my return, had to attend a deposition which is intended for use in a trial scheduled for September 18, 2006 (although at the deposition I learned that said trial may be continued to another date). I did not return to my office that day, as the deposition was located in Newton, and did not conclude until after 5:00 PM.

8. On September 13, 2006, I filed Plaintiff's Opposition to Defendants' Motion for Summary Judgment (without all exhibits contained) and learned that the Summary Judgment had been granted.

9. On September 14, 2006, I am filing the Motion to Vacate the Summary Judgment.

Signed under the pains and penalties of perjury.

September 14, 2006                               /s/ Dana Johnson