UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MICHAEL HENDRICKS, JR.,
        Plaintiff

v.

BOSTON FIRE DEPARTMENT, ET AL.,
        Defendants.

CIVIL ACTION NO.:
05-10457-EFH

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# O R D E R

October 12, 2006

HARRINGTON, S.D.J.

The Court rules on Defendants' Motion for Summary Judgment as follows:

The Court grants Defendants' Motion for Summary Judgment based on the following: The plaintiff cannot establish genuine issues of material fact to prove that he timely filed his discrimination claim with the Massachusetts Commission Against Discrimination (MCAD). The defendants notified plaintiff in writing on May 10, 2002 that they declined to rehire him, at which time the statute of limitations began to toll. The six-month M.G.L. ch.151B, § 5, and the 300-day statute of limitations under 42 U.S.C. § 12117(a) had both expired before plaintiff filed his MCAD claim on May 14, 2004.

    SO ORDERED.

/s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge