UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 05-CV-10457 EFH

MICHAEL HENDRICKS, JR.

V.

BOSTON FIRE DEPARTMENT,
CHIEF JOSEPH FINN, AND
CITY OF BOSTON

### PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Michael Hendricks, Jr., Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the Summary Judgment order entered in this action on October 12, 2006.

The Plaintiff,
Michael Hendricks,
By his Attorney,

Dana Johnson, Esq.
P.O. Box 133
Malden, MA 02148
781-321-3762
BBO #639119

October 26, 2006

### Certificate of Service

I, Dana Johnson, certify that on October 16, 2006, I served the Plaintiff's of Appeal on Defendants' Counsel, by mailing a copy, postage prepaid, to the following:
   Kate Cook, Esq.
   City of Boston Law Department
   City Hall, Room 615
   Boston MA 02201

October 26, 2006          /s/ Dana Johnson
                          Dana Johnson, Esq.