UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10457

Michael Hendricks, Jr.

v.

Boston Fire Department, et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-28, 32-40

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/30/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 16, 2007.

_____ of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/16/07.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10457-EFH

Hendricks v. Boston Fire Department et al  
Assigned to: Senior Judge Edward F. Harrington  
Cause: 42:2000 Job Discrimination (Race)

Date Filed: 03/10/2005  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

**Plaintiff**

**Michael Hendricks, Jr.**       represented by **Aldana B Johnson**
Law Office of Dana B. Johnson
P. O. Box 133
Malden, MA 02148
781-321-3762
Fax: 781-324-5653
Email: JohnsonD@broadviewnet.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Boston Fire Department**       represented by **Kathryn Rebecca Cook**
City of Boston, Law Department
City Hall, room 615
Boston, MA 02201
617-635-4022
Fax: 617-635-3199
Email: kate.cook@cityofboston.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chief Joseph Finn**       represented by **Kathryn Rebecca Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**City of Boston**       represented by **Kathryn Rebecca Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/10/2005 | 1 | NOTICE OF REMOVAL by Michael Hendricks, Jr from Suffolk Superior, case number CA 04-5480. $ 250, receipt number 62659, filed by Michael Hendricks, Jr.(Holahan, Sandra) (Entered: 03/11/2005) |
| 03/10/2005 | 2 | Civil cover and catagory sheet (Holahan, Sandra) (Entered: 03/11/2005) |
| 03/10/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge BOWLER. (Holahan, Sandra) (Entered: 03/11/2005) |
| 03/15/2005 | 3 | MOTION to Dismiss by Boston Fire Department, Joseph Finn, City of Boston.(Holahan, Sandra) (Entered: 03/16/2005) |
| 03/15/2005 | 4 | MEMORANDUM in Support re 3 MOTION to Dismiss filed by Boston Fire Department, Joseph Finn, City of Boston. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5)(Holahan, Sandra) (Entered: 03/16/2005) |
| 03/15/2005 | 5 | CERTIFICATE OF CONSULTATION re 3 MOTION to Dismiss by Kathryn Rebecca Cook on behalf of Boston Fire Department, Joseph Finn, City of Boston, Boston Fire Department, Joseph Finn, City of Boston (Holahan, Sandra) (Entered: 03/16/2005) |
| 03/15/2005 |  | Notice of correction to docket made by Court staff. Correction: DOCUMENT #3 corrected because: FILER COMBINED ALL DOCUMENTS IN ONE FILING (Holahan, Sandra) (Entered: 03/16/2005) |
| 03/15/2005 | 6 | STATE COURT Record. (Holahan, Sandra) (Entered: 03/17/2005) |
| 03/17/2005 | 7 | NOTICE of Scheduling Conference Scheduling Conference set for 5/4/2005 11:00 AM in Courtroom 13 before Judge Edward F. Harrington. SO ORDERED. cc/cl(Holahan, Sandra) (Entered: 03/17/2005) |
| 04/12/2005 | 8 | CERTIFICATE OF SERVICE by Boston Fire Department, Joseph Finn, City of Boston re 3 MOTION to Dismiss. (Cook, Kathryn) (Entered: 04/12/2005) |
| 04/13/2005 |  | Judge Edward F. Harrington : Electronic ORDER entered granting 3 Motion to Dismiss. MOTION TO DISMISS IS ALLOWED; PLAINTIFF FAILED TO RESPOND. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 04/14/2005) |
| 05/24/2005 | 9 | MOTION for Reconsideration re Order on Motion to Dismiss by Michael Hendricks, Jr.(Holahan, Sandra) (Entered: 05/25/2005) |
| 05/25/2005 | 10 | Opposition re 9 MOTION for Reconsideration re Order on Motion to Dismiss filed by Boston Fire Department, Joseph Finn, City of Boston. (Cook, Kathryn) (Entered: 05/25/2005) |
| 05/26/2005 | 11 | Opposition re 3 MOTION to Dismiss filed by Michael Hendricks, Jr. (Holahan, Sandra) (Entered: 06/01/2005) |

| | | |
|---|---|---|
| 06/01/2005 | | Judge Edward F. Harrington : Electronic ORDER entered granting 9 Motion for Reconsideration. MOTION TO REOPEN IS ALLOWED. RESPONSE TO MOTION TO DISMISS IS TO BE FILED ON OR BEFORE 6/15/2005. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 06/01/2005) |
| 06/01/2005 | | Case Reopened (Holahan, Sandra) (Entered: 06/01/2005) |
| 06/01/2005 | | Reopen Document 3 MOTION to Dismiss (Holahan, Sandra) (Entered: 06/01/2005) |
| 06/02/2005 | | Judge Edward F. Harrington : Electronic ORDER entered denying 3 Motion to Dismiss. MOTION TO DISMISS IS DENIED AT THIS TIME. COURT SHALL ENTERTAIN MOTION FOR SUMMARY JUDGMENT AT CLOSE OF DISCOVERY. SO ORDERED (Holahan, Sandra) (Entered: 06/02/2005) |
| 06/14/2005 | 12 | NOTICE of Scheduling Conference Scheduling Conference set for 9/13/2005 11:00 AM in Courtroom 13 before Judge Edward F. Harrington. (Holahan, Sandra) (Entered: 06/14/2005) |
| 09/06/2005 | 13 | JOINT STATEMENT re scheduling conference. (Cook, Kathryn) (Entered: 09/06/2005) |
| 09/13/2005 | | Electronic Clerk's Notes for proceedings held before Judge Edward F. Harrington : Scheduling Conference held on 9/13/2005. Counsel appear for parties; Court accepts joint statement as filed; Final pretrial order to be issued; Conference scheduled for 9/13/2006 @ 11:00 AM. (Court Reporter none.) (Holahan, Sandra) (Entered: 09/14/2005) |
| 09/13/2005 | 14 | Judge Edward F. Harrington : ORDER entered. PROCEDURAL ORDER re pretrial: Final Pretrial Conference set for 9/13/2006 11:00 AM in Courtroom 13 before Judge Edward F. Harrington. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 09/14/2005) |
| 10/31/2005 | 15 | ANSWER to Complaint by Boston Fire Department, City of Boston. (Cook, Kathryn) (Entered: 10/31/2005) |
| 10/31/2005 | 16 | ANSWER to Complaint by Joseph Finn.(Cook, Kathryn) Additional attachment(s) added on 10/31/2005 (Holahan, Sandra). (Entered: 10/31/2005) |
| 11/09/2005 | 17 | Document disclosure by Michael Hendricks, Jr.(Holahan, Sandra) (Entered: 11/15/2005) |
| 03/03/2006 | 18 | MOTION to Compel *the Production of Documents from Plaintiff* by City of Boston. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Cook, Kathryn) (Entered: 03/03/2006) |
| 03/03/2006 | | Set Deadlines/Hearings: Pretrial Conference set for 9/13/2006 11:00 AM in Courtroom 13 before Senior Judge Edward F. Harrington. (Holahan, Sandra) (Entered: 03/03/2006) |
| 03/22/2006 | 19 | Opposition re 18 MOTION to Compel *the Production of Documents from* |

| | | |
|---|---|---|
| | | *Plaintiff* filed by Michael Hendricks, Jr. (Holahan, Sandra) (Entered: 03/28/2006) |
| 03/28/2006 | ● | Judge Edward F. Harrington : Electronic ORDER entered granting 18 Motion to Compel. MOTION ALLOWED. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 03/28/2006) |
| 05/04/2006 | 20 | MOTION for Sanctions by Boston Fire Department, Joseph Finn, City of Boston. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Cook, Kathryn) (Entered: 05/04/2006) |
| 05/22/2006 | 21 | First Opposition re 20 MOTION for Sanctions filed by Michael Hendricks, Jr. (Attachments: # 1 Affidavit Affidavit of Attorney# 2 Supplement Certificate of Service)(Johnson, Aldana) (Entered: 05/22/2006) |
| 05/25/2006 | 22 | Opposition re 20 MOTION for Sanctions filed by Michael Hendricks, Jr. (Holahan, Sandra) (Entered: 05/25/2006) |
| 05/30/2006 | ● | Judge Edward F. Harrington : Electronic ORDER entered denying 20 Motion for Sanctions. MOTION DENIED AT THIS TIME. cc/cl (Holahan, Sandra) (Entered: 05/30/2006) |
| 06/15/2006 | 23 | MOTION for Sanctions *in the form of dismissal* by all defendants. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Cook, Kathryn) (Entered: 06/15/2006) |
| 06/15/2006 | 24 | First MOTION in camrea record review by Michael Hendricks, Jr. (Attachments: # 1 Cert Service)(Johnson, Aldana) (Entered: 06/15/2006) |
| 06/21/2006 | 25 | RESPONSE to Motion re 24 First MOTION in camrea record review filed by Boston Fire Department, Joseph Finn, City of Boston. (Cook, Kathryn) (Entered: 06/21/2006) |
| 06/21/2006 | ● | Judge Edward F. Harrington : Electronic ORDER entered granting in part and denying in part 23 Motion for Sanctions and motion to extend time. RENEWED MOTION IS DENIED. MOTION TO EXTEND IS ALLOWED. cc/cl (Holahan, Sandra) (Entered: 06/22/2006) |
| 06/21/2006 | ● | Judge Edward F. Harrington : Electronic ORDER entered granting 24 Motion for in camera review of medical records. MOTION ALLOWED. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 06/22/2006) |
| 07/05/2006 | 26 | Judge Edward F. Harrington : ORDER entered. "The medical information relating to Plaintiff Michael Hendricks, Jr., from the office of John Querques, M.D., is ordered sealed and is available for review by counsel for the defendants only. No other person, except said counsel, shall be allowed access to said medical information. SO ORDERED." (Folan, Karen) (Entered: 07/05/2006) |
| 08/02/2006 | 28 | Assented to MOTION for Leave to File *Defendants' Motion for Summary Judgment and Accompanying Documents Under Seal* by Boston Fire Department, Joseph Finn, City of Boston.(Cook, Kathryn) (Entered: 08/02/2006) |

| | | |
|---|---|---|
| 08/03/2006 | 29 | MOTION for Summary Judgment by Boston Fire Department, Joseph Finn, City of Boston, FILED UNDER SEAL.(Folan, Karen) (Entered: 08/04/2006) |
| 08/03/2006 | 30 | MEMORANDUM in Support re 29 MOTION for Summary Judgment filed by Boston Fire Department, Joseph Finn, City of Boston, FILED UNDER SEAL. (Folan, Karen) (Entered: 08/04/2006) |
| 08/03/2006 | 31 | Local Rule 56.1 STATEMENT of facts and supporting exhibits re 29 MOTION for Summary Judgment, FILED UNDER SEAL. (Folan, Karen) (Entered: 08/04/2006) |
| 08/09/2006 | | Judge Edward F. Harrington : Electronic ORDER entered granting 28 Motion for Leave to File under seal. (Folan, Karen) (Entered: 08/09/2006) |
| 08/30/2006 | 32 | Judge Edward F. Harrington : AMENDED PRETRIAL CONFERENCE ORDER entered. Final Pretrial to be held on Tuesday, October 24, 2006 at 11:00 a.m.(Folan, Karen) (Entered: 08/30/2006) |
| 09/11/2006 | | Judge Edward F. Harrington : Electronic ORDER entered granting 29 Motion for Summary Judgment. "Defendants' Motion for Summary Judgment is allowed. So ordered. Plaintiff filed no response thereto. Case is dismissed so ordered." (Folan, Karen) (Entered: 09/11/2006) |
| 09/13/2006 | 33 | Opposition re 29 MOTION for Summary Judgment filed by Michael Hendricks, Jr. (Folan, Karen) (Entered: 09/18/2006) |
| 09/13/2006 | 34 | MEMORANDUM OF LAW by Michael Hendricks, Jr to 33 Opposition to Motion for summary judgment. (Folan, Karen) (Entered: 09/18/2006) |
| 09/13/2006 | 35 | STATEMENT of facts and supporting exhibits filed by plaintiff. (Attachments: # 1 Part 2)(Folan, Karen) (Entered: 09/18/2006) |
| 09/18/2006 | 36 | MOTION to Vacate Order on Motion for Summary Judgment, by Michael Hendricks, Jr.(Folan, Karen) (Entered: 09/20/2006) |
| 09/18/2006 | 37 | AFFIDAVIT of Dana Johnson re 36 MOTION to Vacate Order on Motion for Summary Judgment,. (Folan, Karen) (Entered: 09/20/2006) |
| 09/25/2006 | 38 | Opposition re 36 MOTION to Vacate Order on Motion for Summary Judgment, filed by all defendants. (Attachments: # 1)(Cook, Kathryn) (Entered: 09/25/2006) |
| 09/25/2006 | | Judge Edward F. Harrington : Electronic ORDER entered granting 36 Motion to Vacate Order on Motion for Summary Judgment. "Motion to Vacate Summary Judgment is allowed. Case is reinstated." (Folan, Karen) (Entered: 09/25/2006) |
| 09/25/2006 | | Case Reopened (Folan, Karen) (Entered: 09/25/2006) |
| 09/25/2006 | | Reopen Document 29 MOTION for Summary Judgment (Folan, Karen) (Entered: 09/25/2006) |
| 10/12/2006 | 39 | Judge Edward F. Harrington : ORDER entered granting 29 Motion for |

| | | |
|---|---|---|
| | | Summary Judgment. (Folan, Karen) (Entered: 10/12/2006) |
| 10/30/2006 | 40 | NOTICE OF APPEAL as to 39 Order on Motion for Summary Judgment by Michael Hendricks, Jr. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 11/20/2006. (Folan, Karen) (Entered: 11/27/2006) |