UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10457

Michael Hendricks, Jr.

v.

Boston Fire Department, et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-28, 32-40

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/30/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 16, 2007.

By: _____
          Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 1/23/07

Christy Phillips
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-1142

- 3/06