UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05- CV-10457-EFH

MICHAEL HENDRICKS, JR.
    Plaintiff,

v.

BOSTON FIRE DEPARTMENT,
CHIEF JOSEPH FINN, CITY
OF BOSTON,
    Defendants.

NOTICE OF APPEARANCE

    Kindly enter my appearance as counsel of record for the Defendants, City of Boston, Boston Fire Department, and Chief Joseph Finn, in the above-captioned matter.

Respectfully submitted,

DEFENDANTS, CITY OF BOSTON,
BOSTON FIRE DEPARTMENT, AND
JOSEPH FINN,

William F. Sinnott
Corporation Counsel

By their attorney:

/s/ Karen A. Glasgow
_____
Karen A. Glasgow
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-3238
BBO# 648688