UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO. 05- CV-10457-EFH**

MICHAEL HENDRICKS, JR.
    <u>Plaintiff</u>,

v.

BOSTON FIRE DEPARTMENT,
CHIEF JOSEPH FINN, CITY
OF BOSTON,
    <u>Defendants</u>.

### <u>MOTION TO WITHDRAW  ATTORNEY KATHRYN COOK AS  COUNSEL OF RECORD FOR DEFENDANTS</u>

Now come the Defendants and request that this Honorable Court withdraw the appearance of Kathryn Cook as counsel of record for the Defendants, Boston Fire Department, Joseph Finn and the City of Boston in the above-captioned matter.  Kathryn Cook is no longer employed by the City of Boston. Furthermore, this case was closed on November 12, 2006 therefore no notice of withdrawal was filed.

        Respectfully submitted,
        DEFENDANTS BOSTON FIRE
        JOSEPH FINN AND CITY OF BOSTON,

        By Their attorneys:

        William F. Sinnott
        Corporation Counsel


        /s/ Karen A. Glasgow
        Karen A. Glasgow, BBO# 648688
        Assistant Corporation Counsel
        City of Boston Law Department
        City Hall, Room 615
        Boston, MA 02201
        (617) 635-3238