# MANDATE

# United States Court of Appeals
## For the First Circuit

05-10457 Massachusetts (B)
E. Harrington

No. 07-1142

MICHAEL HENDRICKS, JR.

Plaintiff - Appellant

v.

BOSTON FIRE DEPARTMENT; CITY OF BOSTON; CHIEF JOSEPH FINN

Defendants - Appellees

**JUDGMENT**

Entered: July 9, 2007
Pursuant to 1st Cir. R. 27.0(d)

By notice issued March 9, 2007, April 6, 2007, May 4, 2007, May 31, 2007 and June 22, 2007, appellant was notified that he was in default for failure to file a docketing statement, transcript order form and/or appearance form. Appellant was warned that unless action was taken by July 6, 2007, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a transcript order form, docketing statement, and/or appearance form, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 3.0(b).

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Jennifer Calardo
Deputy Clerk
Date: 7-31-07

[cc: Dana Johnson, Esq., Karen A. Glasgow, Esq.]